(101 South. 220)

No. 26078.

## Adam J. FONTENOT v. Adrien B. FONTENOT et al.

(June 27, 1924.)

Appeal from Sixteenth Judicial District Court, Parish of Evangeline; B. H. Pavy, Judge.

J. R. Pavy, of Opelousas, for appellant.
Peyton R. Sandoz, of Opelousas, for appellees.

By Division C, composed of OVERTON, ST. PAUL, and THOMPSON, JJ.

OVERTON, J. This case is similar, in all essential respects, to the case of Aurice B. Fontenot v. Adrien B. Fontenot et al. (No. 26079) ante, p. 848, 101 South. 219, this day decided.

For the reasons there assigned, the judgment appealed from herein is amended by rejecting the damages allowed and in all other respects it is affirmed, the defendants to pay the costs of appeal.